UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATO INSTITUTE,

    *Plaintiff*,

    v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

    *Defendants*.

Civil Action No. 21-cv-01054 (RDM)

## PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF ISSUES FOR SUMMARY JUDGEMENT INSTANTER

Plaintiff, CATO INSTITUTE, by and through its attorneys, LOEVY & LOEVY, hereby moves this Court for leave to file instanter its Notice of Issues for Summary Judgment. In support of this motion, its states:

1. On November 19, 2021, the Court entered a Minute Order setting a deadline of November 22, 2021 for Plaintiff to file its Notice of Issues for Summary Judgment.

2. On November 22, 2021, Plaintiff inadvertently filed its Notice of Issues for Summary Judgment on the wrong docket: *Cato Institute v. Federal Bureau of Investigation, et. al.*, Civ. A. No. 21-cv-2434.

3. No party will be prejudiced by filing this notice instanter and therefore, Plaintiff Cato Institute requests leave to file its notice instanter. A copy of the notice is attached as Exhibit A.

Dated: November 23, 2021

Respectfully submitted,

*/s/ Joshua Burday*
Joshua Burday, D.C. Bar No. IL0042
LOEVY & LOEVY

311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*