UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATO INSTITUTE,

    *Plaintiff*,

    v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

    *Defendants*.

Civil Action No. 21-cv-01054 (RDM)

**NOTICE OF ISSUES FOR SUMMARY JUDGEMENT**

1.    On September 20, 2020, CATO INSTITUTE submitted a FOIA request to the FBI for "[A]ll Type 1, Type 2, and Type 3 FBI Assessments (as defined in the Domestic Investigations and Operations Guide, DIOG) opened since September 29, 2008." Dkt. 1, ¶14.

2.    On October 2, 2020, FBI stated that the request is "overly broad" and "does not comport with the requirements of 28 CFR § 16.3(b), as it does not provide enough detail to enable personnel to locate records 'with a reasonable amount of effort.'" *Id*. At ¶16.

3.    Plaintiff filed this complaint on April 15, 2021. *Id*.

4.    FOIA requires agencies to issue a determination within 20 (or extended to 30) business days and produce responsive non-exempt records "promptly" thereafter. 5 U.S.C. § 552(a)(6)(C)(I ), 5 U.S.C. § 552(a)(6)(C)(II)(B)(i).

5.    To date, Defendant has not produced any responsive records, nor has it issued a date certain by which it will do so.

6.    The D.C. Court of Appeals has held that the key to determining whether a request "reasonably describes" the records sought is simply whether the agency staff can reasonably figure out what records are being requested and where they can be found. *Yeager v. DEA*, 678 F.2d 315,

322, 326 (D.C. Cir. 1982).  Nor does a request fail to "reasonably describe" what is sought simply because of the number of records requested.  *Id.* (holding request encompassing over 1,000,000 computerized records satisfied the "reasonably described" requirement because the agency knew what was being sought).

7. Plaintiff's request more than meets this standard.

8. Plaintiff's position is that the request reasonably describes the records sought, and that Defendants' failure to conduct a search, produce responsive records or issue a determination violate FOIA. § 552(a)(6)(C)(I), 5 U.S.C. § 552(a)(6)(C)(II)(B)(i).

Dated:  November 22, 2021             Respectfully submitted,

*/s/ Joshua Burday*
Joshua Burday, D.C. Bar No. IL0042
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*