UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>      *Plaintiff*,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>      *Defendants*. | Civil Action No. 21-cv-01054 (RDM) |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Matthew Topic respectfully moves to withdraw the appearance of Joshua Burday on behalf of Plaintiff Cato Institute. In support thereof, the undersigned states:

1. Plaintiff is represented by the law firm of Loevy & Loevy.

2. As of January 14, 2022, Joshua Burday is no longer employed at the firm of Loevy & Loevy.

3. Matthew Topic of Loevy & Loevy, who has appeared on Plaintiff's behalf will continue to represent Cato Institute in this matter.

Wherefore, the undersigned respectfully requests that this Honorable Court grant this motion for leave to withdraw the appearance of Joshua Burday on behalf of Plaintiff Cato Institute.

Dated: January 21, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

>Matthew Topic, D.C. Bar No. IL 0037
>Merrick Wayne, D.C. Bar No. IL 0058
>Shelley Geiszler, D.C. Bar No. IL 0087
>LOEVY & LOEVY
>311 North Aberdeen, 3rd Floor
>Chicago, IL 60607
>312-243-5900
>foia@loevy.com