UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATO INSTITUTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 21-1054 (RDM) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants the Federal Bureau of Investigation ("FBI") and U.S. Department of Justice respectfully move for summary judgment. As set forth in the accompanying memorandum of points and authorities, Plaintiff Cato Institute ("Plaintiff") failed to "reasonably describe" records sought in its Freedom of Information Act ("FOIA") request in a manner that the FBI could search for, process, and release non-exempt records without an undue burden and therefore the FBI is not required to honor Plaintiff's FOIA request.

A statement of undisputed material facts and a proposed order are attached.

Dated: March 18, 2022
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:      /s/ *Michael A. Tilghman II*
    MICHAEL A. TILGHMAN II
    D.C. Bar #988441
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-7113
    Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*