UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*.,<br><br>　　　　　　Defendants. | Civil Action No. 21-1054 (RDM) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, Plaintiff's cross-motion and opposition, and the entire record, it is hereby

ORDERED that Defendants' motion is GRANTED; it is further

ORDERED that Plaintiff's motion is DENIED; and it is further

ORDERED that judgment is entered for Defendants and against Plaintiff.

SO ORDERED


Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　United States District Judge