# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-cv-1054 (RDM) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| *et. al.,* ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Cato Institute. moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 on its Freedom of Information Act claim against Defendants Federal Bureau of Investigation and U.S. Department of Justice. The Court should grant Plaintiff's motion for the reasons set forth in the accompanying Memorandum.

Dated: April 18, 2022                              RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

_____

Attorneys for Plaintiff
Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com