IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 21-cv-1054 (RDM) |
| | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| *et. al.*, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

1. Plaintiff disputes that the DIOG was last updated on September 28, 2016; it was updated last in 2019. Exhibit H at 2 n.1. Otherwise undisputed.

2. Disputed; the cited passage of the Guidelines states that there are three categories: assessments, predicated investigations, and enterprise investigations.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Disputed; the FBI has omitted material information in using the phrase "among others": Assessment methods also include more intrusive surveillance like review of law enforcement records and grand jury subpoenas for subscriber records. Guidelines at 20.

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Disputed; while the statement is technically correct, it omits material information about those discussions: Plaintiff made several narrowing proposals and requested information to assist it in the narrowing process and the FBI refused. Loevy Declaration at ¶¶ 9-19.

18. Undisputed.

19. Undisputed.

20. Undisputed.

21. Disputed; the cited declaration paragraph does not establish that this step must be performed to process the request in full or under Plaintiff's narrowing proposals. See also Seidel Decl. at paragraph 23 (explaining that the identified files reference individual Assessments).

22. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

23. Disputed; the cited declaration paragraph does not establish that this step must be performed to process the request in full or under Plaintiff's narrowing proposals.

24. Disputed; the cited declaration paragraph does not establish that this step must be performed to process the request in full or under Plaintiff's narrowing proposals.

25. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

- 3 -

26. Disputed; 5 U.S.C. 552(c) permits but does not require the FBI to conduct this processing step.

27. Disputed; 5 U.S.C. 552(c) permits but does not require the FBI to conduct this processing step.

28. Undisputed.

29. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

30. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

31. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

32. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

33. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

34. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

35. Disputed; as explained in Plaintiff's memorandum, the FBI has not provided the required foundation for these estimates in full or under Plaintiff's narrowing proposals.

Dated:  April 18, 2022                               RESPECTFULLY SUBMITTED,

                                                     /s/ *Matthew V. Topic*

                                                     _____

- 4 -

          Attorneys for Plaintiff
Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com