UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATO INSTITUTE,                                ) <br> ) <br> Plaintiff,                  ) <br> ) <br> v.                            ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> *et al*.,                      ) <br> ) <br> Defendants.               ) <br> ) | Civil Action No. 21-1054 (RDM) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

In this Freedom of Information Act ("FOIA") case, Plaintiff challenge Defendants' production of documents. Defendants, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an enlargement until and through June 17, 2022, to file their reply in support of Defendants' motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment and for Plaintiff's reply to be filed on or before July 25, 2022. This is Defendants' first request for an extension and as described in more detail below, there is good cause for this request. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with Plaintiff's counsel who has graciously consented to this request. In support of this motion, Defendants state as follows:

Defendants filed a motion for summary judgment on March 18, 2022. ECF No. 21. Plaintiff filed a cross-motion and opposition to Defendants' motion for summary judgment on April 18, 2022. ECF Nos. 22 and 23. Pursuant to the Court's December 3, 2021 Order, Defendants' reply in support of their motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment is due May 18, 2022 and Plaintiff's reply is due June 15, 2022. *See* Dec. 3, 2021 Order.

There is good cause for the requested extension. The lead Assistant United States Attorney assigned to this case is currently on paternity leave. While the undersigned is monitoring her colleague's cases while he is out on leave, the undersigned is managing a very active and demanding litigation docket, which includes within the next 30 days, one mediation, four dispositive motions, over one dozen status reports, and multiple answers. Coupled with this active litigation docket, the undersigned is also recovering from a recent diagnosis of COVID-19 and managing a family member's COVD-19 diagnosis and recovery. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. Though there are other deadlines set in this matter, the requested extension will not affect the Court's orderly administration of the matter.

As such, Defendants respectfully request that the Court extend the time for Defendants to file their reply in support of their motion for summary judgment and reply to Plaintiff's cross-motion to and including June 17, 2022, and extend Plaintiff's reply deadline to and including July 25, 2022. A proposed order is attached.

*   *   *

Dated: May 10, 2022
Washington D.C.

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    By: */s/ Dedra S. Curteman*
    DEDRA S. CURTEMAN, IL Bar #6279766
    Assistant United States Attorney
    601 D Street N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2550
    dedra.curteman@usdoj.gov

    *Counsel for Defendants*