# EXHIBIT 2

| | |
|---|---|
| **From:** | Tilghman, Michael (USADC) |
| **To:** | Josh Loevy; Matt Topic; Josh Burday; Merrick Wayne |
| **Cc:** | FOIA Team |
| **Subject:** | RE: Cato Institute v. Federal Bureau of Investigation, et al., Civil Action No. 21-1054 |
| **Date:** | Tuesday, August 10, 2021 5:54:00 PM |
| **Importance:** | High |

Josh Loevy:

I am following up on the referenced matter because a joint status report is due on Friday, August 13, 2021. What is Plaintiff's position regarding what we discussed last week?

Michael A. Tilghman II
Assistant United States Attorney
Civil Division
United States Attorney's Office
for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7113
michael.tilghman@usdoj.gov

NOTICE: The contents of this email and the attachments, if any, may contain confidential or privileged information legally protected from disclosure. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message, any copies and any attachments. Unauthorized interception, review, use or disclosure is prohibited.

**From:** Tilghman, Michael (USADC)
**Sent:** Thursday, July 29, 2021 5:49 PM
**To:** Josh Loevy <joshl@loevy.com>; Matt Topic <matt@loevy.com>; Josh Burday <joshb@loevy.com>; Merrick Wayne <merrick@loevy.com>
**Cc:** FOIA Team <FOIA@loevy.com>
**Subject:** RE: Cato Institute v. Federal Bureau of Investigation, et al., Civil Action No. 21-1054
**Importance:** High

Josh Loevy:

I am just following up on the voicemail I left moments ago. Can you let me know when you have a free moment to discuss the referenced matter?

Michael A. Tilghman II
Assistant United States Attorney
Civil Division
United States Attorney's Office
for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7113
michael.tilghman@usdoj.gov

NOTICE: The contents of this email and the attachments, if any, may contain confidential or privileged information legally protected from disclosure. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message, any copies and any attachments. Unauthorized interception, review, use or disclosure is prohibited.

**From:** Josh Loevy <joshl@loevy.com>

**Sent:** Tuesday, July 6, 2021 3:13 PM
**To:** Tilghman, Michael (USADC) <MTilghman@usa.doj.gov>; Matt Topic <matt@loevy.com>; Josh Burday <joshb@loevy.com>; Merrick Wayne <merrick@loevy.com>
**Cc:** FOIA Team <FOIA@loevy.com>
**Subject:** RE: Cato Institute v. Federal Bureau of Investigation, et al., Civil Action No. 21-1054

Thanks Michael, this draft is good to file. Sorry for missing your call; I'm not feeling well today. I will speak with Plaintiff and let you know where things stand from our perspective.

| | |
|---|---|
| **From:** | Tilghman, Michael (USADC) |
| **To:** | Josh Loevy; Josh Burday; Beki Sonin |
| **Cc:** | FOIA Team |
| **Subject:** | RE: Cato v. FBI (Assessments) (21-cv-1054) |
| **Date:** | Friday, September 10, 2021 4:29:58 PM |
| **Importance:** | High |

Josh Loevy:

Providing a disclosable list would be unduly burdensome for the FBI. To create a disclosable list, the FBI would have to conduct research and then sanitize the list to redact any exempt information. This would take an extensive amount of time. Thus, the FBI cannot agree to Plaintiff's proposal.

The FBI, however, remains open to its initial proposal, which was to provide a sampling of non-exempt information from each category. Please let me know how Plaintiff would like to proceed.

Regards,

Michael A. Tilghman II
Assistant United States Attorney
Civil Division
United States Attorney's Office
for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7113
michael.tilghman@usdoj.gov

NOTICE: The contents of this email and the attachments, if any, may contain confidential or privileged information legally protected from disclosure. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message, any copies and any attachments. Unauthorized interception, review, use or disclosure is prohibited.

**From:** Josh Loevy <joshl@loevy.com>
**Sent:** Friday, September 3, 2021 2:29 PM
**To:** Tilghman, Michael (USADC) <MTilghman@usa.doj.gov>; Josh Burday <joshb@loevy.com>; Beki Sonin <beki@loevy.com>
**Cc:** FOIA Team <FOIA@loevy.com>
**Subject:** RE: Cato v. FBI (Assessments) (21-cv-1054)

Hi Michael,
Plaintiff has considered Defendant's offer to produce randomized sample files.  Plaintiff does not agree to this proposal, but we do have a counter for Defendant to consider.3. Plaintiff proposes that Defendant produce SENTINEL printouts listing all closed Type 1-3 Assessments on domestic civil society

organizations for the months of January, April, July, and October of each year from 2009 through 2020, from which Plaintiff will pick which ones he wants further information on. I am attaching examples of assessments that have been publicly produced in the past, in hopes that it will help us all get on the same page as to the type of documents we are talking about.
Best,
Josh

| | |
|---|---|
| **From:** | Josh Loevy |
| **To:** | Tilghman, Michael (USADC); Josh Burday; Beki Shertok |
| **Cc:** | FOIA Team |
| **Subject:** | RE: Cato v. FBI (Assessments) (21-cv-1054) |
| **Date:** | Monday, September 13, 2021 3:59:13 PM |
| **Attachments:** | RE Cato v. FBI (Assessments) (21-cv-1054).eml.msg |

Hi Michael,

Defendant's proposal will not work for Plaintiff.. It looks like we are heading for briefing on this one. Should we ask for 30 days, and let the court know we will be submitting a proposed briefing schedule?