AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Cato Institute | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-1054 |
| Federal Bureau of Investigation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Cato Institute.

Date: March 16, 2023

/s/ Josh Loevy
*Attorney's signature*

Josh Loevy, Bar No. IL0105
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

joshl@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*