UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,          )<br>                           )<br>       Plaintiff,         )<br>                           )<br>    v.                     )<br>                           )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>*et al.*,                  )<br>                           )<br>       Defendants.        )<br>                           ) | Civil Action No. 21-1054 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's March 16, 2023 Minute Entry, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On April 15, 2021, Plaintiff Cato Institute ("Plaintiff") commenced this action against Defendants Federal Bureau of Investigation (the "FBI") and the Department of Justice (collectively, "Defendants"), alleging that Defendants failed to produce records and conduct a reasonable search in response to its Freedom of Information Act request for "all Type 1, Type 2, and Type 3 FBI Assessments (as defined in the Domestic Investigations and Operations Guide [DIOG]) opened since September 29, 2008." *See* Compl. ¶¶ 1, 14,27-34. This case subsequently went to briefing, and on March 16, 2023, the parties presented oral arguments before the Court in support of their respective summary judgment motions. The Court, in its March 16, 2023 Minute Entry, decided to stay this case in order to permit the parties to resolve the areas of disagreement in this case through negotiation in lieu of court order.

Accordingly, on March 28, 2023, the undersigned counsels for Plaintiff and Defendants commenced discussions via a telephone conference. The outstanding issues of disagreement were

highlighted, and the parties agreed on the preliminary steps that they would respectively take to narrow the scope of disagreement. The parties will continue negotiations, and at the present time, the parties believe that a negotiated solution is, if not certain, possible.

Dated: April 7, 2023

Respectfully submitted,

/s/ Merrick Wayne
Matt Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Fithawi Berhane
FITHAWI BERHANE
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

Attorneys for the United States of America