UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>*et al*.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 21-1054 (RDM)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's June 9, 2023 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On April 15, 2021, Plaintiff Cato Institute ("Plaintiff") commenced this action against Defendants Federal Bureau of Investigation (the "FBI") and the Department of Justice (collectively, "Defendants"), alleging that Defendants failed to produce records and conduct a reasonable search in response to its Freedom of Information Act request for "all Type 1, Type 2, and Type 3 FBI Assessments (as defined in the Domestic Investigations and Operations Guide [DIOG]) opened since September 29, 2008." *See* Compl. ¶¶ 1, 14,27-34. This case subsequently went to briefing, and on March 16, 2023, the parties presented oral arguments before the Court in support of their respective summary judgment motions. The Court, in its March 16, 2023 Minute Entry, decided to stay this case in order to permit the parties time to resolve the areas of disagreement through negotiation in lieu of court order.

Accordingly, on March 28, 2023, the undersigned counsels for Plaintiff and Defendants commenced discussions via a telephone conference. The outstanding issues of disagreement were

highlighted. The parties are continuing their attempts to resolve this matter to further discuss this case. The parties intend to file another Joint Status Report with this Court on or before November 6, 2023.


Respectfully submitted,

| | |
|---|---|
| */s/ Merrick Wayne* | Respectfully submitted, |
| Matthew Topic, D.C. Bar No. IL0037 | |
| Merrick Wayne, D.C. Bar No. IL0058 | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Stephen Stich Match, D.C. Bar No. MA0044 | United States Attorney |
| LOEVY & LOEVY | |
| 311 N. Aberdeen, Third Floor | BRIAN P. HUDAK |
| Chicago, IL 60607 | Chief, Civil Division |
| (312) 243-5900 | |
| foia@loevy.com | |
| | By:____/s/ Fithawi Berhane |
| *Counsel for Plaintiff* | FITHAWI BERHANE |
| | Assistant United States Attorneys |
| | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-6653 |
| Dated: September 5, 2023 | Fithawi.Berhane@usdoj.gov |
| | |
| | Attorneys for the United States of America |