IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATO INSTITUTE, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-1054 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 24, 2024, Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On April 15, 2021, Plaintiff Cato Institute ("Plaintiff") commenced this action against Defendants Federal Bureau of Investigation (the "FBI") and the Department of Justice (collectively, "Defendants"), alleging that Defendants failed to produce records and conduct a reasonable search in response to its Freedom of Information Act request for "all Type 1, Type 2, and Type 3 FBI Assessments (as defined in the Domestic Investigations and Operations Guide [DIOG]) opened since September 29, 2008." *See* Compl. ¶¶ 1, 14,27-34. This case subsequently went to briefing, and on March 16, 2023, the parties presented oral arguments before the Court in support of their respective summary judgment motions. The Court, in its March 16, 2023 Minute Entry, decided to stay this case in order to permit the parties time to resolve the areas of disagreement through negotiation in lieu of court order.

Accordingly, the undersigned counsels for Plaintiff and Defendants have discussed via telephone the outstanding issues of disagreement, and since then, Defendants have provided

answers to certain questions posed by Plaintiff regarding the records that are subject to this case. On January 12, 2024, Plaintiff offered a proposal for the resolution of the parties' dispute regarding the search for records responsive to the subject FOIA request. On March 6, 2024, Defendants provided a response, which the parties conferred about with the last communication occurring on March 22, 2024, in which Plaintiff posed certain questions about Defendants' response, to which a response was provided on May 28, 2024. Plaintiff will review the aforesaid answers and the parties intend to file another Joint Status Report with this Court on or before July 28, 2024 to update the Court on the status of this FOIA request.

| | |
|---|---|
| */s/ Merrick Wayne* <br> Matthew Topic, D.C. Bar No. IL0037 <br> Merrick Wayne, D.C. Bar No. IL0058 <br> Stephen Stich Match, D.C. Bar No. MA0044 <br> LOEVY & LOEVY <br> 311 N. Aberdeen, Third Floor <br> Chicago, IL 60607 <br> (312) 243-5900 <br> foia@loevy.com <br><br> *Counsel for Plaintiff* <br><br> Dated: May 28, 2024 | Respectfully submitted, <br><br> MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By:     */s/ Fithawi Berhane* <br> FITHAWI BERHANE <br> Assistant United States Attorneys <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-6653 <br> Fithawi.Berhane@usdoj.gov <br><br> Attorneys for the United States of America |